AO91 (Rev. 12/03) Criminal Complaint — Felony — AUSA

United States District Court
Southern District of Texas
**FILED**

APR 21 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jose Luis GARZA-Rivera
A078 553 221 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-18- MJ-387

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 19, 2018** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents assisting DPS Officers in a traffic stop near Harlingen, Texas on April 19, 2018. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on February 14, 2014. The defendant was convicted of Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of a Felony on December 6, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $20 USD in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Castro, Mario   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

April 21, 2018 — at — Brownsville, Texas
Date — City/State

Ronald G. Morgan — U.S. Magistrate Judge
Name of Judge — Title of Judge

Signature of Judge